FILED
AUG 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Delaney Barnes
                    Plaintiff,

vs.

Board Of Prison Terms
/Hearings     Defendant.

CV 08     3769

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

SI
(PR)

I, Delaney Barnes declare, under penalty of perjury that I am the

plaintiff in the above entitled case and that the information I offer throughout this application

is true and correct. I offer this application in support of my request to proceed without being

required to prepay the full amount of fees, costs or give security. I state that because of my

poverty I am unable to pay the costs of this action or give security, and that I believe that I am

entitled to relief.

        In support of this application, I provide the following information:

1.      Are you presently employed? Yes _____ No _✗_ .

If your answer is "yes," state both your gross and net salary or wages per month, and give the

name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   *Jan 1, 2000  /  Oakland Housing*

5   *Authority*

6   _____

7   2.      Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.      Business, Profession or                     Yes ____ No ✗

10              self employment

11      b.      Income from stocks, bonds,                   Yes ____ No ✗

12              or royalties?

13      c.      Rent payments?                               Yes ____ No ✗

14      d.      Pensions, annuities, or                      Yes ____ No ✗

15              life insurance payments?

16      e.      Federal or State welfare payments,           Yes ____ No ✗

17              Social Security or other govern-

18              ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____

22  _____

23  3.      Are you married?                                 Yes ____ No ✗

24  Spouse's Full Name: _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ Net $_____

28  4.      a.      List amount you contribute to your spouse's support:$ _____

1       b.     List the persons other than your spouse who are dependent upon you for

2             support and indicate how much you contribute toward their support. (NOTE:

3             For minor children, list only their initials and ages. DO NOT INCLUDE

4             THEIR NAMES.).

5   _____

6   _____

7   5.     Do you own or are you buying a home?     Yes ___ No ✗

8   Estimated Market Value: $_____ Amount of Mortgage: $_____

9   6.     Do you own an automobile?     Yes ___ No ✗

10  Make _____ Year _____ Model _____

11  Is it financed? Yes _____ No ✗ If so, Total due: $ _____

12  Monthly Payment: $ _____

13  7.     Do you have a bank account? Yes ____ No ✗ (Do not include account numbers.)

14  Name(s) and address(es) of bank: _____

15  _____

16  Present balance(s): $ _____

17  Do you own any cash? Yes ___ No ✗ Amount: $ _____

18  Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19  market value.) Yes ___ No ✗

20  _____

21  8.     What are your monthly expenses?

22  Rent: $ _____∅_____ Utilities: ∅ _____

23  Food: $ _____∅_____ Clothing: ∅ _____

24  Charge Accounts:

25  Name of Account          Monthly Payment          Total Owed on This Acct.

26  _____     $ _____     $ _____

27  _____     $ _____     $ _____

28  _____     $ _____     $ _____

1   9.      Do you have any other debts? (List current obligations, indicating amounts and to

2   whom they are payable. Do not include account numbers.)

3   _____

4   _____

5   10.     Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?    Yes ___  No ☒

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10  _____

11          I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13          I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  8/3/08                          _____

17      DATE                        SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 4 -

CALIFORNIA DEPARTMENT OF CORRECTIONS
DEUEL VOCATIONAL INSTITUTION
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU AUG. 01, 2008

ACCOUNT NUMBER : F88879                          BED/CELL NUMBER: WET:000000000023L
ACCOUNT NAME   : BARNES, DELANEY JR                ACCOUNT TYPE: I
PRIVILEGE GROUP: U

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|------|-----------|-------------|---------|-----------|----------|-------------|---------|
| 01/01/2008 | | BEGINNING BALANCE | | | | | 0.00 |
| 07/03 | D300 | CASH DEPOSIT | RR/800071 | | 0.07 | | 0.07 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|-------------|-----------|-------------|---------|-------------|
| 07/31/2008 | H114 | COPAY FEE, MED. | 782011/633 | 5.00 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|-------------------|----------------|-------------------|-----------------|---------------|---------------------------|
| 0.00 | 0.07 | 0.00 | 0.07 | 5.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
-----------------
4.93-
-----------------
-----------------

DEUEL VOCATIONAL INSTITUTION
P.O. BOX 600
TRACY, CA.    95378-0600

Name _DELANEY BARNES_

CDC # _F88879_

Housing Unit & Bed # _E #123_

State Prison

Generated Mail

DVI RECEPTION CENTER

Clerk of the United States District
Court for the Northern District
of California, 450 Golden Gate
Avenue, Box 36060 San Francisco,
Ca 94102

Hasler

$00.760
US POSTAGE
Mailed From 95378
08/04/2008