8/5/08

FILED
AUG 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

08-3769

RECEIVED
08 AUG 11 PM 2:07

Clerk of the United States District Court
for the Northern District of California

RE: Docket Number

Delaney Barnes, F88879
Devel Vocational Institution
P.O Box 600, Tracy, Ca 95378-0600

I filed a 1983 civil complaint on Aug 5, 2008 and I would like to reqest a docket number, mail to me at this address please.

Respectfully Submitted

Delaney Barnes

**DEUEL VOCATIONAL INSTITUTION**
P.O. BOX 600
TRACY, CA.    95378-0600

Name _Delaney Barnes_

CDC # _F88879_

## State Prison
## Generated Mail

Housing Unit & Bed # _E # 123_

DVI RECEPTION CENTER 102/9999

Clerk of the United States District
Court for the Northern District
of California, 450 Golden Gate Ave.
Box 36060, San Francisco Ca, 94102

016H2656708
Mailed From 95378
08/07/2008
$00.420
US POSTAGE
Hasler

RC

*[handwritten, rotated: signature "c/o Elisany" and date "8/10/08 3:15pm"]*