8-19-08

CV083769 SI
(PR)

**FILED**

Clerk of The US Court
450 Golden Gate Ave.

AUG 2 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
THERN DISTR

RE: Cerificate of Funds in Prisoner's Account

Delaney Barnes, F88879
Deuel Vocational Institution
P.O. Box 600
Tracy, Ca. 95378-0600

On Aug 11, 2008 I submitted blank Certifcate
of Funds in Prisoner's Account form to inmate
trust and accounting office to complete
and sign. NO Response. Prisoner's trust
and accounting office will not comply
with my regest. This is my second
regest on two different occasions
NO Response.

Please explain in writing how can I
have this form completed and filed
before Sep 6, 2008 Deadline.
I'm a indigent Prisoner.

Respectfully, Submitted
Delaney Barnes

**ORIGINAL FILED**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

AUG  6 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# E-filing

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV   08   3769**.

A filing fee of $350.00 is now due.  If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety.  If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

**SI**

Your complaint is deficient because you did not pay the filing fee and:

**(PR)**

1. _____ you did not file an In Forma Pauperis Application.

2. _✓_ the In Forma Pauperis Application you submitted is insufficient because:

    _____ You did not use the correct form.  You must submit this court's current Prisoner's In Forma Pauperis Application.

    _____ Your In Forma Pauperis Application was not completed in its entirety.

    _✗_ You did not sign your In Forma Pauperis Application.

    _✓_ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

    _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

    _____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.  If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately.  Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
            Deputy Clerk

rev. 11/07

BARNES



NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

STOCKTON STK N
CA 952  3 T
20 AUG 2008 PM

# BUSINESS REPLY MAIL

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

STATE PRISON
GENERATED MAIL

Legal Mail

