FILED
08 AUG 25 PM 2:21
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

SI

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Delaney Barnes Plaintiff,

vs.

Board OF Prison Terms / Hearings Defendant.

CV 08 3769
CASE NO.

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(PR)

I, Delaney Barnes, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ______________ Net: ______________

Employer: ______________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? — Yes ___ No X

Spouse's Full Name: ______________________________

Spouse's Place of Employment: ______________________________

Spouse's Monthly Salary, Wages or Income:

Gross $______________ Net $______________

4. a. List amount you contribute to your spouse's support:$ 0

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $__________ Amount of Mortgage: $__________

6. Do you own an automobile? Yes ___ No X

Make __________ Year __________ Model __________

Is it financed? Yes ____ No ____ If so, Total due: $ __________

Monthly Payment: $ __________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ __________

Do you own any cash? Yes ___ No ___ Amount: $ __________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

______________________________________________

8. What are your monthly expenses?

Rent: $ Ø Utilities: Ø

Food: $ Ø Clothing: Ø

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
| --- | --- | --- |
| | $ | $ |
| | $ | $ |
| | $ | $ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

NO

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Ø

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

8/20/08 | Delaney Barnes
DATE | SIGNATURE OF APPLICANT

8/20/08 CV 08 3769 SI (PR)

Clerk of the US Court
H50 Golden Gate Ave

RE: Inmate Trust Accounting System
Inmate Trust Account Statement

Delaney Barnes, F88879
Deuel Vocational Institution
P.O BOX 600
Tracy, Ca 95378

Attached statement is the only Accounting and Trust statement that D.V.I. Tracy Prison could provide for the courts.

Respectfully Submitted
Delaney Barnes

[illegible]

[illegible]
[illegible]
[illegible]
[illegible]

FOR THE PERIOD [illegible]

ACCOUNT NUMBER : [illegible] [illegible] 0000000000 [illegible]
ACCOUNT NAME : DANIEL, [illegible] [illegible]
PRIVILEGE GROUP: [illegible]

[illegible]

| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | | | | | [illegible] |
| [illegible] | [illegible] | | | | | [illegible] |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]

| BEGINNING BALANCE | TOTAL DEPOSITS | [illegible] | [illegible] | [illegible] | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.0[illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

[illegible]
[illegible]
BALANCE
[illegible]