**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

---

www.cand.uscourts.gov

Richard W. Wieking                                                 General Court Number
Clerk                                                                        415.522.2000

August 26, 2008

USDC for the Eastern District of California
Clerk's Office
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2322

RE: CV 08-03769 SI (pr)  DELANEY BARNES-v-BOARD OF PRISON

Dear Clerk,

        Pursuant to an order transferring the above captioned case to your court, transmitted herewith

are:

        ☐        Certified copy of docket entries.

        ☐        Certified copy of Transferral Order.

        ☐        Original case file documents.

        ☒        Please access the electronic case file for all  pleadings you may need.


        Please acknowledge receipt of the above documents on the attached copy of this letter.


                                Sincerely,
                                RICHARD W. WIEKING, Clerk


                                    /s/


                                by:  Yumiko Saito
                                Case Systems Administrator


Enclosures
Copies to counsel of record