Delaney Barnes (name)
F88879 (CDCR number)
PO Box 600
Tracy, CA 95378-0600
In Pro Per

FILED
08 SEP -2 PM 1:58
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Delaney Barnes
                    Petitioner,

v.

Board OF Prison
Terms/Hearings  Respondent.

CASE No. CV 08 3769 SI (PR)

MOTION FOR APPOINTMENT
OF COUNSEL

TO:   THE HONORABLE JUDGE OF THE ABOVE ENTITLED COURT:

Notice is hereby given that the above named petitioner moves this court for appointment of counsel on appeal from criminal conviction(s). In support of this motion, I, petitioner, declare that I am indigent and have no financial means of retaining an attorney to provide representation on appeal.

I declare under penalty of perjury that the foregoing is true and correct based upon my information and belief.

DATED: Aug 27, 2008

RESPECTFULLY SUBMITTED,

Delaney Barnes

**DEUEL VOCATIONAL INSTITUTION**
P.O. BOX 600
TRACY, CA.    95378-0600

Name: Delaney Barnes
CDC #: F88879
Housing Unit & Bed #: E #123

**State Prison**
**Generated Mail**
DVI RECEPTION CENTER

34102+9999

Legal Mail

STOCKTON CA 952
31 AUG 2008 PM

Clerk of the United Stated District
Court for the Northern District
Of California, 450 Golden Gate Ave.
Box 36060 San francisco, Ca. 94102

RC

